# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  FELONY FRANKS INC.,          Case Number:     11cv2956

JIM ANDREWS V. CITY OF CHICAGO, ET.AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

FELONY FRANKS, JIM ANDREWS

NAME (Type or print)
CHRISTOPHER C. COOPER

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
            s/CHRISTOPHER C. COOPER

FIRM LAW OFFICE OF CHRISTOPHER COOPER, INC.

STREET ADDRESS   1140 N. LASALLE STREET, CHICAGO, IL 60610

CITY/STATE/ZIP

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   2123245          TELEPHONE NUMBER   312 371 6752

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                    APPOINTED COUNSEL