# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Felony Franks #1, Inc., et al.

                        Plaintiff,

v.                                         Case No.: 1:11–cv–02956
                                              Honorable Sharon Johnson Coleman

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 14, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held. Petition by Christopher Cooper for attorney's fees [87] is entered and continued. Once the matter is fully briefed, the Court to set status. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.