## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES ANDREWS, ) | |
| FELONY FRANKS #1, INC., ) | |
| ) | |
| Plaintiffs, ) | No. 11 C 2956 |
| ) | |
| vs. ) | Judge Coleman |
| ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' AGREED MOTION TO DISMISS DEFENDANTS COCHRAN, DOWELL, AND SUAREZ WITHOUT PREJUDICE

Plaintiffs James Andrews and Felony Franks #1, Inc., through counsel, Jackowiak Law Offices, bring this motion to dismiss certain Defendants, Cochran, Dowell and Suarez, without prejudice. In support thereof, Plaintiffs state as follows:

1. This motion is agreed. Plaintiffs' counsel has conferred with counsel for Defendants Cochran, Dowell and Suarez, and has confirmed in writing the parties' agreement regarding this motion.

2. The parties have agreed to the dismissal of Defendants Cochran, Dowell and Suarez, without prejudice and with each side to bear their own costs and fees.

WHEREFORE, Plaintiffs request this Court enter an order dismissing Defendants Cochran, Dowell and Suarez, without prejudice, with each side to bear their own fees and costs as to these Defendants.

Respectfully submitted,

/s/ Amanda S. Yarusso
*Counsel for Plaintiffs*

Lawrence V. Jackowiak
Amanda S. Yarusso
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595

1