# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon Johnson Coleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2956 | **DATE** | 5/22/2012 |
| **CASE TITLE** | Felony Frank, Inc. v. City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs's agreed motion to dismiss defendants Cochran, Dowell, and Suarez without prejudice and without costs [104] is granted. Status hearing set to 8/13/2012 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|