**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| James Andrews, et al., | ) | |
| | ) | Case No. 11 C 2956 |
| Plaintiffs, | ) | |
| | ) | Judge Coleman |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| City of Chicago, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE OF COURT TO WITHDRAW
APPEARANCE FOR DEFENDANT FIORETTI**

Kenneth E. Rechtoris, an attorney of record for Defendant Alderman Robert Fioretti in this action, respectfully moves the Court for leave to withdraw his appearance in the above-entitled cause. Defendant Fioretti continues to be represented by James Daley and James Thomas who have left the law firm of K&L Gates LLP and now practice at the law firm of Schuyler, Roche & Crisham, P.C. Defendant Fioretti has approved the transfer of the case to the Schuyler firm and K&L Gates no longer has any role in the representation of Mr. Fioretti.

WHEREFORE, Kenneth E. Rechtoris prays that the Court grant him leave to withdraw his appearance on behalf of Robert Fioretti.

Dated:   May 31, 2012                                  Respectfully submitted,

                                                                           ALDERMAN ROBERT FIORETTI

                                                      By:        // Kenneth E. Rechtoris
                                                                           One of His Attorneys

Kenneth E. Rechtoris
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, Illinois  60602
(312) 372-1121 (phone)
(312) 827-8134 (fax)

CI-9301036 v1

## CERTIFICATE OF SERVICE

I, Kenneth E. Rechtoris, an attorney, hereby certify that a true and correct copy of the above and foregoing **Motion for Leave of Court to Withdraw Appearance for Defendant Fioretti** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 31st day of May, 2012 to the following:

| | |
|---|---|
| Lawrence V. Jackowiak<br>Amanda S. Yarusso<br>Ryan M. Melyon<br>Jackowiak Law Offices<br>20 North Clark Street<br>Suite 1700<br>Chicago, Illinois 60602<br>(312) 795-9595 | Andrew S. Mine<br>Rachel Dana Powell<br>Jeffery Alan Waldhoff<br>City of Chicago, Department of Law<br>30 North LaSalle Street, Suite 900<br>Chicago, Illinois 60602<br>amine@cityofchicago.org<br>rachel.powell@cityofchicago.org<br>jeffery.waldhoff@cityofchicago.org |

James P. Daley
James D. Thomas
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL 60601
(312) 565-2400
JDaley@SRCattorneys.com
JThomas@SRCattorneys.com

                                                      /s/ Kenneth E. Rechtoris
                                                        One of His Attorneys