**K&L|GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

T 312.372.1121    www.klgates.com

August 5, 2011

James D. Thomas
D 312.807.4219
F 312.827.8072
james.thomas@klgates.com

**First Class Mail and E-Mail**

Christopher C. Cooper
Law Office of Christopher Cooper, Inc.
1140 N. LaSalle Street
Chicago, Illinois 60610

*Re:    Felony Franks, et al. v. City of Chicago, et al. (11-cv-2956)*

Dear Mr. Cooper:

I write in response to your August 3, 2011 email concerning potential submission of a fee petition in the above-captioned matter. Alderman Fioretti will not agree – and strongly objects – to any claim that you are entitled to attorney's fees in the *Felony Franks* matter. Despite multiple requests by Mr. Mine, you have failed to provide any authority in support of your purported entitlement to attorney's fees. I must conclude that you have no authority to support your position. Additionally, the Court has not yet made any determination on the merits of the allegations contained in the complaint. Needless to say, the Supreme Court's decision in *Buckhannon Board & Care Home, Inc. v. West Virginia Dept. of Health and Human Resources* clearly establishes that you have no right to seek attorney's fees from Alderman Fioretti.

If you disagree with my conclusion, I invite you to submit authority in support of your position. As the Supreme Court reaffirmed in *Buckhannon*, "[a] request for attorney's fees should not result in a second major litigation."

Very truly yours,

James D. Thomas

CI-9229180 v1