## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES ANDREWS, ) | |
| FELONY FRANKS #1, INC., ) | |
| ) | |
| Plaintiffs, ) | No. 11 C 2956 |
| ) | |
| vs. ) | Judge Lee |
| ) | Magistrate Judge Gilbert |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that at 9:00 a.m., on Tuesday, December 11, 2012, or as soon thereafter as counsel may be heard, I shall appear before Honorable John Z. Lee, or any judge sitting in his stead, in courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiffs'** *Unopposed* **Motion for Extension of Time.**

## CERTIFICATE OF SERVICE

I, Amanda Yarusso, certify that on Tuesday, December 4, 2012, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Amanda S. Yarusso
*Counsel for Plaintiff*s

Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595